IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHADD WAYNE HURLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-761-R |
| ) | |
| LEXINGTON CORRECTIONAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff filed this *pro se* action under 42 U.S.C. § 1983, alleging violations of his constitutional rights. The Court referred the matter to United States Magistrate Judge Shon T. Erwin for review consistent with 28 U.S.C. § 636(b)(1)(B). On September 11, 2018, Judge Erwin issued a Report and Recommendation wherein he recommended that the action be dismissed without prejudice. Doc. 5. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, Judge Erwin's Report and Recommendation is ADOPTED in its entirety, and this matter is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE